JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BULMARO RENDON RAMOS,

          Petitioner,

        v.

TODD BLANCHE, et al.,

          Respondents.

Case No. 5:26-cv-01749-SP

**JUDGMENT**

    Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: June 9, 2026

_____

SHERI PYM
United States Magistrate Judge